USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/20/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MARCH ASSOCIATES CONSTRUCTION, INC.,

        Plaintiff,

v.

THE RAV GROUP 2 LLC,

        Defendant.

Case No. 7:25-cv-06516 (NSR)

**NOTICE OF MOTION FOR DEFAULT JUDGMENT**

---

**MEMO ENDORSED**

PLEASE TAKE NOTICE THAT, in accordance with Federal Rule of Civil Procedure 55(b)(2) and Local Civil Rule 55.2, Plaintiff March Associates Construction, Inc. ("March"), by and through its undersigned counsel, hereby moves for default judgment against Defendant The RAV Group 2 LLC ("RAV") and an Order discharging the mechanic's lien filed by RAV. In support of this motion, March relies upon the accompanying Memorandum of Law, Declaration of Todd Laubach, and Declaration of Kevin W. Weber, as well as March's Complaint.

A proposed form of Order is submitted herewith.

Dated: Newark, New Jersey
       November 19, 2025

GIBBONS P.C.

*s/ Kevin W. Weber*
Kevin W. Weber
Michael A. Conforti
One Gateway Center
Newark, New Jersey 07102
(973) 596-4500
kweber@gibbonslaw.com
mconforti@gibbonslaw.com

*Attorneys for Plaintiff*
*March Associates Construction, Inc.*

Plaintiff's motion is DENIED without prejudice to renew for failure to comply with the Court's individual practices in civil cases. The Plaintiff is directed to Attachment A and ECF Rules 16.1 and 16.3, which govern in case of a conflict with our rules. The Clerk of Court is kindly directed to terminate the motion at ECF No. 14.
Dated: November 20, 2025
       White Plains, New York

SO ORDERED:

*[signature]*

NELSON S. ROMÁN
United States District Judge